# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JOHN VALENCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00397-SAB<br><br>ORDER ON STIPULATION FOR AWARD OF EAJA FEES<br><br>(ECF No. 16) |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act ("EAJA") Fees, Costs, and Expenses ("Stipulation"),

　　　IT IS HEREBY ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __**May 12, 2016**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1